IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Mack Allen Davis, ) | Case No. 8:24-cv-05429-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| Elizabeth Lawson, *Health Service Admin*; Dr. Steve Garman, *Medical Director*; Futrell Ofc., *Officer at J.R.I.*, ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

    This matter is before the Court on a motion to dismiss filed by Defendants Dr. Steve Garman and Elizabeth Lawson ("Medical Defendants") [Doc. 55]; a motion for summary judgment filed by Defendant Futrell Ofc. ("Futrell") [Doc. 73]; and two motions to dismiss [Docs. 84; 87], a motion for summary judgment [Doc. 91], a motion to state a claim [Doc. 92], a motion for default judgment [Doc. 105], a motion to dismiss [Doc. 122], and a motion for discovery [Doc. 123] filed by Plaintiff Mack Allen Davis.  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

    On August 25, 2025, the Magistrate Judge issued a Report and Recommendation ("Report") recommending that the Medical Defendants' motion to dismiss [Doc. 55] be granted; Futrell's motion for summary judgment [Doc. 73] be granted; and Plaintiff's motions to dismiss [Docs. 84; 87], motion for summary judgment [Doc. 91], motion to state a claim [Doc. 92], and motion for default judgment [Doc. 105] be denied. [Doc. 118]. The Magistrate Judge advised the parties of the procedures and requirements for filing

objections to the Report and the serious consequences if they failed to do so. [*Id*. at 56.] Neither party has filed objections and the time to do so has lapsed. After the Magistrate Judge issued the Report, Davis filed an additional motion to dismiss [Doc. 122] and motion for discovery [Doc. 123], now pending before this Court.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Medical Defendants' motion to dismiss [Doc. 55] and Futrell's motion for summary judgment [Doc. 73] are GRANTED and Plaintiff's motions to dismiss [Docs. 84; 87], motion for summary judgment [Doc. 91], motion to state a claim [Doc. 92], and motion

for default judgment [Doc. 105] are DENIED.  Given its acceptance of the Report and Recommendation, Davis's pending motions [Docs. 122; 123] are FOUND AS MOOT.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin<br>United States District Judge

September 26, 2024
Greenville, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.